IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05447-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

On October 3, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith chambers copies of (1) Notice of Removal, filed September 23, 2016, (2) Motion to Dismiss, filed September 30, 2016, and (3) Request for Judicial Notice, filed September 30, 2016.

The parties are advised that chambers copies of the above-referenced documents and chambers copies of all future documents filed with the Court shall be submitted in single-sided format. <u>See</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: October 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge