IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05447-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is defendant's "Motion to Dismiss Complaint," filed September 30, 2016, and renoticed to be heard on November 11, 2016.

　　　As November 11, 2016, is a federal holiday and the following two Fridays are unavailable due to, respectively, the length of the Court's calendar and the closing of the district court on the day after Thanksgiving, the hearing on defendant's motion is hereby CONTINUED to Friday, December 2, 2016, at 9:00 a.m.

　　　**IT IS SO ORDERED.**

Dated: October 5, 2016

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge