IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE, et al.,<br><br>    Defendants. | Case No. 16-cv-05447-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant JP Morgan Chase Bank, N.A.'s "Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)," filed September 30, 2016. Plaintiff has not filed opposition.[1]

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for December 2, 2016.

**IT IS SO ORDERED.**

Dated: November 23, 2016

                                                  MAXINE M. CHESNEY
                                                United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, any opposition was due "not more than 14 days after the motion was filed." See Civil L. R. 7-3(a).