1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   CLYDE R. DAVENPORT,                    Case No. 16-cv-05447-MMC

8              Plaintiff,

9        v.                               **ORDER DISMISSING ACTION**

10  JP MORGAN CHASE, et al.,

11             Defendants.

12

13      By order filed January 5, 2017, the Court dismissed plaintiff Clyde R. Davenport's

14  complaint, with leave to amend no later than January 27, 2017.  Plaintiff has not filed an

15  amended complaint within the time provided.

16      Accordingly, the above-titled action is hereby DISMISSED, without further leave to

17  amend.

18

19      **IT IS SO ORDERED.**

20

21  Dated: February 7, 2017

22                                        MAXINE M. CHESNEY
                                          United States District Judge

23
24
25
26
27
28